FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30  PM 2: 52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNETTE HUNTER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 04-2699** |
| **HOSPITAL HOUSEKEEPING SYSTEMS, LTD. AND HOSPITAL HOUSEKEEPING SYSTEMS, GP, LLC** | * | **SECTION "L"(3)** |

## ORDER

The Court is in receipt of Plaintiff's Motion for Sanctions, which is attached to this Order

for filing. The Court has conferred with Plaintiff's counsel, who has indicated that the issue

raised in the motion is now moot. Accordingly, Plaintiff's Motion for Sanctions is DENIED AS

MOOT.

New Orleans, Louisiana, this 30th day of June, 2006.

United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____